| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>Howard Dean Foster and Anna Mae Foster,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>                                                        Debtor(s). | **FILED & ENTERED**<br><br>JUL 14 2017<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gonzalez DEPUTY CLERK |
|  | Case No.: 2:17-bk-18322-ER<br><br>Chapter: 11 |
|  | **ORDER REASSIGNING BANKRUPTCY CASE PURSUANT TO GENERAL ORDER 11-01 TO JUDGE WITH PRIOR RELATED CASE/ PROCEEDING**<br><br>☒ **WITHIN DISTRICT TRANSFER**<br><br>☐ **WITHIN DIVISION TRANSFER** |

It appearing that the above-captioned bankruptcy case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge Scott C. Clarkson for all further proceedings.

☐ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to ***** on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other:

---

*July 2013*         Order Reassigning Bankruptcy Case Pursuant to General Order 11-01         **F 5004-1**

☒ **Within District Transfer**

The new bankruptcy case number is [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and the new adversary proceeding case number(s) will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☒ Other: Related to Case No. 6:17-bk-15749-SC, Foster Enterprises.

###

Date: July 14, 2017

*[signature]*
Ernest M. Robles
United States Bankruptcy Judge