# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF TRANSFER OF CASE
# (INTER/INTRA DISTRICT TRANSFER)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Howard Dean Foster<br>**SSN:** xxx–xx–0602<br>**EIN:** N/A<br>aka H Dean Foster, aka Dean Foster, dba Gross Egg Ranch<br>Anna Mae Foster<br>**SSN:** xxx–xx–5492aka Ann Foster, dba Gross Egg Ranch<br><br>PO Box 4210<br>Ontario, CA 91761 | **BANKRUPTCY NO.**  6:17–bk–15915–SC<br>**CHAPTER**  11<br>aka Ann Foster, dba Gross Egg Ranch |

This case 2:17–bk–18322–ER has been transferred to the Riverside division within our District and reassigned to Bankruptcy Judge Scott C Clarkson for all further proceedings.

The new case number is 6:17–bk–15915–SC .

**Please use the new case number for all future matters regarding this case.**

Dated: July 17, 2017

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN–84                                                                                                              **17 / EUD**