PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
MOHAMMAD TEHRANI, SBN 294569
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:     (951) 276-6990
Facsimile:      (951) 276-6973
Email:           Mohammad.V.Tehrani@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>HOWARD DEAN FOSTER and<br>ANNA MAE FOSTER,<br><br>       Debtors. | Case No. 6:17-bk-15915-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS OR CONVERT CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TIMOTHY J. FARRIS IN SUPPORT**<br><br>Date:     December 12, 2017<br>Time:    1:30 p.m.<br>Place:   United States Bankruptcy Court<br>           Courtroom 126<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 12, 2017, at 1:30 p.m. in Courtroom 126 of the United States Bankruptcy Court for the Central District of California, located at 3420 Twelfth Street, Riverside, CA 92501, before the Honorable Scott C. Clarkson, United States Bankruptcy Court Judge, Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), will

move the Court for an order dismissing or converting the Chapter 11 bankruptcy case filed by the debtors, Howard Dean Foster and Anna Mae Foster (collectively, "Debtors").

This motion is brought pursuant to 11 U.S.C. § 1112(b) and Federal Rule of Bankruptcy Procedure 1017[1] on the grounds that "cause" exists to dismiss or convert this case.

This motion is supported by the notice of motion, the motion, the memorandum of points and authorities filed in support of the motion, the declaration of Timothy J. Farris ("Farris Decl."), the files and records of the Court in this case, and upon such argument and/or evidence as may be presented by counsel at the time of the hearing on the motion.

Pursuant to Federal Rule of Evidence 201, the U.S. Trustee hereby moves the Court to take judicial notice of the docket and all documents filed in this case, including, without limitation, the Debtor's petition, schedules, and statements.

Local Bankruptcy Rule ("LBR") 9013-1(1)(f) requires that any objection or response to this motion must be stated in writing, filed with the Clerk of the Court and served on the United States Trustee at 3801 University Avenue, Suite 720, Riverside, California 92501.  Failure to file and serve any opposition may be considered consent to the relief requested in this motion.

DATED: November 2, 2017   PETER C. ANDERSON
         UNITED STATES TRUSTEE

         By: */s/ Mohammad Tehrani*
          Mohammad Tehrani
          Trial Attorney

---

[1] Unless otherwise indicated, all chapter, section and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, the Federal Rules of Bankruptcy Procedure, Rules 1001-9037, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California ("LBR").

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

The Court should dismiss or convert this bankruptcy case.  Debtors in Chapter 11 bankruptcy have a statutory duty to pay fees for every quarter that they are a debtor in bankruptcy ("Quarterly Fees").  The Debtors are delinquent on their Quarterly Fees for the third quarter of 2017.  Payment was due on September 30, 2017.  A debtor's failure to pay quarterly fees requires the conversion or dismissal of a bankruptcy case.  11 U.S.C. § 1112(b).

## II.    STATEMENT OF FACTS

1.    The Debtors filed a voluntary Chapter 11 bankruptcy petition on July 10, 2017.  [*See* Farris Decl. at Exh. 1].

2.    The Debtor owes Quarterly Fees in the amount of $325 incurred for the third quarter of 2017.  [Quarterly Fee Report, Farris Decl., Exh. 2].  The Quarterly Fees were due on September 30, 2017, and became delinquent on October 31, 2017.  [Farris Decl. at ¶ 3].

3.    The Debtor's assets are valued on their petition at $12,320,372.03.  [Farris Decl. at Exh. 3].

4.    The Debtor's nonpriority unsecured liabilities on their petition total $7,124,488.00.  [Farris Decl. at Exh. 4].

5.    The Debtor's secured claims on their petition total $9,872,809.59.  [Farris Decl. at Exh. 5].

## III.    JURISDICTION AND STANDING

The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A) and (O).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The U.S. Trustee is a recognized party-in-interest with standing to request dismissal or conversion of a Chapter 11 case.  28 U.S.C. § 586(a)(8).

//

//

//

//

## IV.    ARGUMENT

### A.    "CAUSE" EXISTS TO DISMISS OR CONVERT THIS CASE BECAUSE THE DEBTORS HAVE FAILED TO PAY QUARTERLY FEES

Section 1112(b) provides that, with limited exceptions, "on request of a party in interest, and after notice and a hearing, the court *shall* convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause . . . ." 11 U.S.C. § 1112(b) (emphasis added).  While "cause" is not defined by the Bankruptcy Code, Section 1112(b)(4) enumerates a list of examples, including a debtor's delinquency on their Quarterly Fees.  11 U.S.C. § 1112(b)(4)(K).

The Debtors owe at least $325 for the third quarter of 2017.  The Debtors' delinquency is unexcused, and constitutes cause to dismiss or convert this case.

### B.    CONVERSION, AND NOT DISMISSAL, IS LIKELY APPROPRIATE

Having determined that "cause" exists to dismiss or convert a case, the Court must determine whether dismissal or conversion is in the best interest of creditors and the estate. *See* 11 U.S.C. § 1112(b); *In re AVI, Inc.*, 389 B.R. at 729.

The Debtors list assets of $12,320,372.03 and secured claims of $9,872,809.59.  A Chapter 7 trustee may be able to determine that the Debtors' assets may have some equity available to pay a portion of their unsecured claims.

//
//
//
//
//
//
//
//
//

## V.    CONCLUSION

The Court should convert or dismiss the bankruptcy case, with judgment for any past due quarterly fees and fees to be assessed for the current quarter.[2]

DATED:  November 2, 2017                    PETER C. ANDERSON
                                           UNITED STATES TRUSTEE

                                           By: /s/ Mohammad Tehrani
                                               Mohammad Tehrani
                                               Trial Attorney

---

[2]      Quarterly fee payments are based on a debtor's quarterly disbursements.  The fee is $325 for disbursements between zero and $15,000, $650 between $15,000 and $75,000, $975 between $75,000 and $150,000, $1625 between $150,000 and $225,000, $1,950 between $225,000 and $300,000, $4,875 between $300,000 and $1,0000, $6,500 between $1,000,000 and $2,000,000, $9,750 between $2,000,000 and $3,000,000, $10,400 between $3,000,000 and $5,000,000, $13,000 between $5,000,000 and $15,000,000, $20,000 between $15,000,000 and $30,000,000, and $30,000 for distributions over $30,000,000.  28 U.S.C. § 1930(a)(6).

### DECLARATION OF TIMOTHY J. FARRIS

I, Timothy J. Farris, declare:

1.     I am employed by the United States Department of Justice as a senior regional bankruptcy analyst for the United States Trustee for Region 16. I submit this declaration in support of the motion.  I make this declaration of my own personal knowledge except where stated on information and belief, and as to such matters I believe them to be true.  If called as a witness, I could and would testify truthfully to the information contained herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the docket in this case, which U.S. Trustee staff obtained from the Court's electronic records.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Chapter 11 Quarterly Fee Information and Collection System report for the Debtor, which is maintained by the U.S. Trustee as part of his statutory duties.  According to the report, the Debtor has failed to pay U.S. Trustee Quarterly Fees in the amount of $325 for the third quarter of 2017.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Schedule A/B filed by the Debtor in this case, which U.S. Trustee staff obtained from the Court's electronic records.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the Schedule E/F in this case, which U.S. Trustee staff obtained from the Court's electronic records.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the Schedule D in this case, which U.S. Trustee staff obtained from the Court's electronic records.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 2, 2017, at Riverside, California.

/s/ Timothy J. Farris
Timothy J. Farris
Bankruptcy Analyst

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Office of the U. S. Trustee, 3801 University Avenue, Suite 720, Riverside, CA 92501**

 A true and correct copy of the document entitled **NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TIMOTHY J. FARRIS IN SUPPORT**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 2, 2017,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the  Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 2, 2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Howard Dean Foster and Anna Mae Foster
> P.O. Box 4210
> Ontario, CA 91761

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 2, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Presiding Judge:  (overnight mail via Fed Ex)
Hon. Scott C. Clarkson
411 W. Fourth St., Suite 5130
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 2, 2017 | Mohammad Tehrani | /s/  Mohammad Tehrani |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Mailing Information for Case 6:17-bk-15915-SC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Dean G Rallis**     drallis@afrct.com,
  msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com
- **Bradley A Silva**     basilva@sbcglobal.net
- **Valerie Smith**     claims@recoverycorp.com
- **Mohammad Tehrani**     Mohammad.V.Tehrani@usdoj.gov
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

**PlnDue, DsclsDue, Incomplete, INTRA, RepeatPACER, NODISMISS, JNTADMN**

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:17-bk-15915-SC

|  |  |
|---|---|
| | *Date filed:* 07/10/2017 |
| *Assigned to:* Scott C Clarkson | *Date of Intradistrict transfer:* 07/14/2017 |
| Chapter 11 | *341 meeting:* 08/21/2017 |
| Voluntary | *Deadline for objecting to discharge:* 10/10/2017 |
| Asset | |

*Debtor*
**Howard Dean Foster**
PO Box 4210
Ontario, CA 91761
LOS ANGELES-CA
SSN / ITIN: xxx-xx-0602
*aka* **H Dean Foster**
*aka* **Dean Foster**
*dba* **Gross Egg Ranch**

represented by **Dean G Rallis, Jr**
Anglin, Flewelling, Rasmussen, etc.
301 N. Lake Avenue
Suite 1100
Pasadena, CA 91101
626-204-0261
Fax : 626-577-7764
Email: drallis@afrct.com

*Joint Debtor*
**Anna Mae Foster**
PO Box 4210
Ontario, CA 91761
LOS ANGELES-CA
SSN / ITIN: xxx-xx-5492
*aka* **Ann Foster**
*dba* **Gross Egg Ranch**

represented by **Dean G Rallis, Jr**
(See above for address)

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811
*TERMINATED: 07/14/2017*

represented by **Hatty K Yip**
Office of the UST/DOJ
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
213-894-1507
Fax : 213-894-2603
Email: hatty.yip@usdoj.gov
*TERMINATED: 07/14/2017*

*U.S. Trustee*
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

represented by **Mohammad Tehrani**
3801 University Ave Ste 720
Riverside, CA 92501
951-276-6990
Fax : 951-276-6973
Email: Mohammad.V.Tehrani@usdoj.gov

-9-                                        EXH. 1

| Filing Date | # | Docket Text |
|---|---|---|
| 07/10/2017 | [1](#)<br>(18 pgs; 5 docs) | Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by Howard Dean Foster, Anna Mae Foster List of Equity Security Holders due 07/24/2017. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 07/24/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 07/24/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 07/24/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 07/24/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 07/24/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 07/24/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 07/24/2017. Schedule I: Your Income (Form 106I) due 07/24/2017. Schedule J: Your Expenses (Form 106J) due 07/24/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 07/24/2017. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 07/24/2017. Statement of Financial Affairs (Form 107 or 207) due 07/24/2017. Chapter 11 Statement of Your Current Monthly Income (Form 122B) Due: 07/24/2017. Incomplete Filings due by 07/24/2017. (Attachments: # 1 Exhibit Certificate of Counseling Howard Foster # 2 Exhibit Certificate of Credit Counseling Anna Foster # 3 List of 20 Largest Creditors) (Rallis, Dean) WARNING: Items subsequently amended by entries 4 and 5. Case also deficient for: Statement About Your Social Security Numbers (Official Form 121) due 7/14/2017. Statement of Related Cases due 07/24/2017. Disclosure of Compensation of Attorney for Debtor (Official Form B2030)due 07/24/2017. Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date (LBR form F 1002-1.EMP.INCOME.DEC). due 07/24/2017. Not required for Individual Chapter 11 case: Decl for Non-Indiv (Form 202) and Eq. Sec. Hold. List.Modified on 7/11/2017 (Lomeli, Lydia R.). (Entered: 07/10/2017) |
| 07/10/2017 | | Receipt of Voluntary Petition (Chapter 11)(2:17-bk-18322) [misc,volp11] (1717.00) Filing Fee. Receipt |

| | | |
|---|---|---|
| | | number 45165639. Fee amount 1717.00. (re: Doc# 1) (U.S. Treasury) (Entered: 07/10/2017) |
| 07/10/2017 | 2 (4 pgs) | Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Joint Debtor Anna Mae Foster, Debtor Howard Dean Foster. (Rallis, Dean) (Entered: 07/10/2017) |
| 07/10/2017 | 3 (1 pg) | Electronic Filing Declaration (LBR Form F1002-1) Filed by Joint Debtor Anna Mae Foster, Debtor Howard Dean Foster. (Rallis, Dean) (Entered: 07/10/2017) |
| 07/10/2017 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Howard Dean Foster, Joint Debtor Anna Mae Foster) Statement of Related Cases (LBR Form F1015-2) due 7/24/2017. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 7/24/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 7/24/2017. (Lomeli, Lydia R.) (Entered: 07/11/2017) |
| 07/11/2017 | 4 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . Statement about your Social Security Number due 7/14/17. (Lomeli, Lydia R.) (Entered: 07/11/2017) |
| 07/11/2017 | 5 (1 pg) | Case Commencement Deficiency Notice (BNC) Statement of Related Cases (LBR Form F1015-2) due 7/24/2017. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 7/24/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 7/24/2017. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Howard Dean Foster, Joint Debtor Anna Mae Foster) (Lomeli, Lydia R.) (Entered: 07/11/2017) |
| 07/12/2017 | 6 | Statement About Your Social Security Number (Official Form 121) Filed by Joint Debtor Anna Mae Foster, Debtor Howard Dean Foster. (Rallis, Dean) (Entered: 07/12/2017) |
| 07/12/2017 | | |

|  |  |  |
|---|---|---|
|  | 7<br>(3 pgs) | Meeting of Creditors 341(a) meeting to be held on 8/8/2017 at 01:15 PM at RM 5, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. Last day to oppose discharge or dischargeability is 10/10/2017. (Ly, Lynn) (Entered: 07/12/2017) |
| 07/13/2017 | 8<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Howard Dean Foster, Joint Debtor Anna Mae Foster) No. of Notices: 1. Notice Date 07/13/2017. (Admin.) (Entered: 07/13/2017) |
| 07/13/2017 | 9<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s) 5 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 07/13/2017. (Admin.) (Entered: 07/13/2017) |
| 07/13/2017 | 10<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s) 4 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 07/13/2017. (Admin.) (Entered: 07/13/2017) |
| 07/14/2017 | 11<br>(2 pgs) | Order Reassigning Bankruptcy Case Pursuant To General Order 11-01 To Judge With Prior Related Case/ Proceeding. Related to Case No. 6:17-bk-15749-SC, Foster Enterprises. (BNC-PDF). Signed on 7/14/2017. (Lomeli, Lydia R.) (Entered: 07/14/2017) |
| 07/14/2017 |  | Judge Scott C Clarkson added to case. Involvement of Judge Ernest M. Robles Terminated (Lomeli, Lydia R.) - WARNING: Entered due to Clerical error. Reassignment of case will be processed by the Riverside division. Modified on 7/14/2017 (Lomeli, Lydia R.). (Entered: 07/14/2017) |
| 07/14/2017 | 12 | Notice of reassignment of case (BNC) reassigned from Judge Ernest Robles to Judge Scott Clarkson (Lomeli, Lydia R.) WARNING: Entered due to clerical error. Notice will be processed by Riverside division. Notice not mailed out. Modified on 7/14/2017 (Lomeli, Lydia R.). (Entered: 07/14/2017) |
| 07/14/2017 |  | Judge Ernest M. Robles added to case. Involvement of Judge Scott C Clarkson Terminated - 11 Judge Reassignment needs to be processed by Riverside division. (Lomeli, Lydia R.) (Entered: 07/14/2017) |

| | | |
|---|---|---|
| 07/14/2017 | 13<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s) 7 Meeting of Creditors Chapter 11 & 12) No. of Notices: 17. Notice Date 07/14/2017. (Admin.) (Entered: 07/14/2017) |
| 07/15/2017 | 14<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Silva, Bradley. (Silva, Bradley) (Entered: 07/15/2017) |
| 07/16/2017 | 15<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)11 Order to Change Venue/Intra-district Transfer - Bankruptcy (No Motion) (BNC-PDF)) No. of Notices: 1. Notice Date 07/16/2017. (Admin.) (Entered: 07/16/2017) |
| 07/17/2017 | 16<br>(1 pg) | Comments: CM/ECF Intradistrict Transfer feature used to transfer case from Los Angeles to Riverside Division (New Case Number 6:17-bk-15915-SC; Previous Case Number 2:17-bk-18322-ER. (Eudy, Debra) (Entered: 07/17/2017) |
| 07/17/2017 | 17<br>(1 pg) | Notice of transfer of case (Inter/Intra District Transfer) (BNC) (Eudy, Debra) (Entered: 07/17/2017) |
| 07/18/2017 | | Notice of Debtor's Prior Filings for joint debtors Howard Dean Foster and Anna Mae Foster Case Number 17-18322, Chapter 11 filed in California Central Bankruptcy on 07/10/2017.(Admin) (Entered: 07/18/2017) |
| 07/19/2017 | 18<br>(7 pgs) | Motion to Extend Time *to File Case Opening Documents* Filed by Joint Debtor Anna Mae Foster, Debtor Howard Dean Foster (Rallis, Dean) (Entered: 07/19/2017) |
| 07/19/2017 | 19<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) 17 Notice of transfer of case (Inter/Intra District Transfer) (BNC) No. of Notices: 17. Notice Date 07/19/2017. (Admin.) (Entered: 07/19/2017) |
| 07/20/2017 | 20<br>(7 pgs) | Amendment to List of Creditors. Fee Amount $31 Filed by Joint Debtor Anna Mae Foster, Debtor Howard Dean Foster. (Rallis, Dean) (Entered: 07/20/2017) |
| 07/20/2017 | | |

-13-                                              EXH. 1

| | | |
|---|---|---|
| | | Receipt of Amended List of Creditors (Fee)(6:17-bk-15915-SC) [misc,amdcm] ( 31.00) Filing Fee. Receipt number 45241070. Fee amount 31.00. (re: Doc# 20) (U.S. Treasury) (Entered: 07/20/2017) |
| 07/20/2017 | 21 (2 pgs) | Electronic Filing Declaration (LBR Form F1002-1) Filed by Joint Debtor Anna Mae Foster, Debtor Howard Dean Foster. (Rallis, Dean) (Entered: 07/20/2017) |
| 07/20/2017 | 22 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 07/20/2017) |
| 07/21/2017 | 23 (2 pgs) | Order Granting Motion to Extend Time (BNC-PDF) (Related Doc # 18 ) Signed on 7/21/2017 (Craig, John) (Entered: 07/21/2017) |
| 07/23/2017 | 24 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)23 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/23/2017. (Admin.) (Entered: 07/23/2017) |
| 07/24/2017 | 25 (2 pgs) | Order Jointly Administering Lead Case 6:17-15749-SC with case 6:17-15915-SC (BNC-PDF) Signed on 7/24/2017. (Craig, John) (Entered: 07/24/2017) |
| 07/25/2017 | 26 (8 pgs) | Notice *of Joint Administration of Cases and Requirements for Filing Documents [LBR 1015-1.1]* Filed by Joint Debtor Anna Mae Foster, Debtor Howard Dean Foster (RE: related document(s)25 Order Jointly Administering Lead Case 6:17-15749-SC with case 6:17-15915-SC (BNC-PDF) Signed on 7/24/2017.). (Rallis, Dean) (Entered: 07/25/2017) |
| 07/26/2017 | 27 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)25 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/26/2017. (Admin.) (Entered: 07/26/2017) |
| 08/03/2017 | 28 (2 pgs; 2 docs) | Renotice 341 Meeting (BNC) 341(a) meeting to be held on 8/21/2017 at 02:30 PM at RM 720, 3801 University Ave., Riverside, CA 92501. (Eudy, Debra) (Entered: 08/03/2017) |
| 08/05/2017 | 29 (3 pgs) | BNC Certificate of Notice (RE: related document(s) 28 Renotice 341 Meeting (BNC)) No. of Notices: 29. |

| | | |
|---|---|---|
| | | Notice Date 08/05/2017. (Admin.) (Entered: 08/05/2017) |
| 08/16/2017 | [30](#) (3 pgs) | Order (1) Setting Scheduling Hearing and Case Management Conference and (2) Requiring Status Report (BNC-PDF) Signed on 8/16/2017. (Craig, John) (Entered: 08/16/2017) |
| 08/16/2017 | 31 | Hearing Set on Chapter 11 Status Conference - Status Conference to be held on 8/31/2017 at 10:00 AM at RM 126, 3420 Twelfth St., Riverside, CA 92501. The case judge is Scott C Clarkson (Craig, John) (Entered: 08/16/2017) |
| 08/18/2017 | [32](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[30](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/18/2017. (Admin.) (Entered: 08/18/2017) |
| 08/22/2017 | [33](#) (4 pgs) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by U.S. Trustee United States Trustee (RS). (Tehrani, Mohammad) (Entered: 08/22/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/02/2017 16:43:41 | | | |
| **PACER Login:** | mtehrani:4671952:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:17-bk-15915-SC Fil or Ent: filed From: 8/4/2010 To: 11/2/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |



**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
US Trustees, US Department of Justice

### Account Reconciliation

Field Office: 16 03 Riverside, CA

| | | | | | | |
|---|---|---|---|---|---|---|
| Case #: | 736-17-15915 | CPC: | OCS: | 736-17-15749  A | Billed($): | 325.00 |
| Debtor: | HOWARD DEAN FOSTER | CDC: | CTO: | | Fees($): | 325.00 |
| Opened: 07-10-17 | Closed: | CNV: | CBC: | | Interest($): | 0.00 |
| | | | TIN: | 07-20-17 | Payments($): | 0.00 |
| | | | | | Principal($): | 0.00 |
| | | | | | Interest($): | 0.00 |
| | | | | | Balance($): | 325.00 |

| Quarterly Fees and Disbursements | | | Payments | | | |
|---|---|---|---|---|---|---|
| Quarter | Disbursements ($) | Fee ($) | Batch/Trans ID | Date | Type Code | Payment($) |
| 3-2017 | | 325 Est | | | | |

### Interest

To date, there have been no interest assessment transactions posted for this account.

EXH. 2

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Howard Dean Foster** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Anna Mae Foster** |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:17-bk-15915** |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | |
|---|---|---|
| **20262 East Dameral Drive** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Covina          CA      91724-0000** | ☐ Manufactured or mobile home | **Current value of the entire property?** / **Current value of the portion you own?** |
| City          State      ZIP Code | ☐ Land | $1,090,000.00 / $1,090,000.00 |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other | |
| **Los Angeles** | **Who has an interest in the property?** Check one | **Fee simple** |
| County | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ■ Debtor 1 and Debtor 2 only | ■ Check if this is community property |
| | ☐ At least one of the debtors and another | (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** | |

Official Form 106A/B          Schedule A/B: Property          page 1

Debtor 1     **Howard Dean Foster**
Debtor 2     **Anna Mae Foster**

Case number *(if known)*     **6:17-bk-15915**

---

**If you own or have more than one, list here:**

1.2

**13610 South Archibald Avenue**

Street address, if available, or other description

**Ontario**          **CA**     **91761-0000**

City                 State    ZIP Code

**San Bernardino**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **cold storage, poultry, housing, dist. ct**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000,000.00** | **$4,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☑ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.3

**29435 Cole Grade Road**

Street address, if available, or other description

**Valley Center**     **CA**     **92082-0000**

City                 State    ZIP Code

**San Diego**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **Egg Farm**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,185,000.00** | **$2,185,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☑ Check if this is community property (see instructions)

---

Official Form 106A/B                          Schedule A/B: Property                          page 2

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**

Case number (if known)    **6:17-bk-15915**

**If you own or have more than one, list here:**

1.4

**Villa Los Mangos
Puerto Vallarta, Jalisco, Mexico**

Street address, if available, or other description

_____

_____
City                State        ZIP Code

_____

_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Cadastral (Property Tax) ID Nos. 10-264-003 & 10-264-004**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,800,000.00**

Current value of the portion you own? **$1,800,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

■ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................=>**    **$9,075,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1    Make:    **Nissan**
Model:    **Morano**
Year:    **2003**
Approximate mileage: _____
Other information:

**VIN JN8AZ08W43W236756**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?

**$2,242.00**        **$2,242.00**

3.2    Make:    **Cadillac**
Model:    **SRX**
Year:    **2015**
Approximate mileage: _____
Other information:

**VIN 3GYFNBE36FS631454**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?

**$18,690.00**        **$18,690.00**

---

Official Form 106A/B                    Schedule A/B: Property                    page 3

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**

Case number *(if known)*    **6:17-bk-15915**

---

| 3.3 | Make: | **GMC** | Who has an interest in the property? *Check one* | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

3.3    Make: **GMC**
Model: **Savana Explorer**
Year: **2005**
Approximate mileage:
Other information:
**VIN 1GDFG15T851267589**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$2,877.00**    **$2,877.00**

---

3.4    Make: **Toyota**
Model: **Avalon**
Year: **2007**
Approximate mileage:
Other information:
**VIN 5TEBT54177S455957**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$3,759.00**    **$3,759.00**

---

3.5    Make: **Ford**
Model: **F350 Crew V10**
Year: **1999**
Approximate mileage:
Other information:
**VIN 1ftsw30s9xeb34660**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$3,980.00**    **$3,980.00**

---

3.6    Make: **Ford**
Model: **F350 Dbl Diesel**
Year: **2002**
Approximate mileage:
Other information:
**VIN 1ftnx20f72eb91021**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$9,938.00**    **$9,938.00**

---

3.7    Make: **Toyota**
Model: **Tundra**
Year: **2005**
Approximate mileage:
Other information:
**VIN 5tbert38165s459012**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$6,774.00**    **$6,774.00**

---

3.8    Make: **Toyota**
Model: **Tundra Crew**
Year: **2006**
Approximate mileage:
Other information:
**VIN 5tbet34116s524659**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$7,250.00**    **$7,250.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXH. 3

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**

Case number *(if known)*    **6:17-bk-15915**

---

**3.9**

Make:    **Toyota**

Model:    **Tundra**

Year:    **2000**

Approximate mileage:

Other information:

**VIN 5tbbt4418ys008018**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$2,415.00**    **$2,415.00**

---

**3.10**

Make:    **Toyota**

Model:    **Tundra**

Year:    **2002**

Approximate mileage:

Other information:

**VIN 5tbrt34192s246802**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$3,473.00**    **$3,473.00**

---

**3.11**

Make:    **Toyota**

Model:    **Tundra**

Year:    **2003**

Approximate mileage:

Other information:

**VIN 5TBBT44103S426050**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$3,871.00**    **$3,871.00**

---

**3.12**

Make:    **Toyota**

Model:    **Tundra**

Year:    **2005**

Approximate mileage:

Other information:

**VIN 5TBBT4815S471454**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$6,774.00**    **$6,774.00**

---

**3.13**

Make:    **Toyota**

Model:    **Tundra**

Year:    **2012**

Approximate mileage:

Other information:

**VIN 5tfuwf19cx227339**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$11,259.00**    **$11,259.00**

---

**3.14**

Make:    **Chevrolet**

Model:    **Kodiak**

Year:    **1991**

Approximate mileage:

Other information:

**VIN 1gbj7h1p6mj014815**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$0.00**    **$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

-21-

EXH. 3

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**

Case number *(if known)*    **6:17-bk-15915**

| 3.1 5 | | | | | |
|---|---|---|---|---|---|
| Make: | **INTL** | **Who has an interest in the property?** Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **S Series Dump Truck** | ☐ Debtor 1 only | | | |
| Year: | **1980** | ☐ Debtor 2 only | | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | | |
| VIN aa185kha18356 | | ■ Check if this is community property (see instructions) | | **$250.00** | **$250.00** |

| 3.1 6 | | | | | |
|---|---|---|---|---|---|
| Make: | **INTL** | **Who has an interest in the property?** Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **S Series Dump Truck** | ☐ Debtor 1 only | | | |
| Year: | **1979** | ☐ Debtor 2 only | | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | | |
| VIN aa195jha30184 | | ■ Check if this is community property (see instructions) | | **$250.00** | **$250.00** |

| 3.1 7 | | | | | |
|---|---|---|---|---|---|
| Make: | **Toyota** | **Who has an interest in the property?** Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Tundra** | ☐ Debtor 1 only | | | |
| Year: | **2005** | ☐ Debtor 2 only | | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | | |
| VIN 5tbrt381x5s458249 | | ■ Check if this is community property (see instructions) | | **$2,299.00** | **$2,299.00** |

| 3.1 8 | | | | | |
|---|---|---|---|---|---|
| Make: | **Ford** | **Who has an interest in the property?** Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **F600** | ☐ Debtor 1 only | | | |
| Year: | **1984** | ☐ Debtor 2 only | | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | | |
| VIN 1fdpc70h6eva26743 | | ■ Check if this is community property (see instructions) | | **$100.00** | **$100.00** |

| 3.1 9 | | | | | |
|---|---|---|---|---|---|
| Make: | **Volvo** | **Who has an interest in the property?** Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **VNL64T Tractor** | ☐ Debtor 1 only | | | |
| Year: | **2000** | ☐ Debtor 2 only | | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | | |
| VIN 4v4nd1rh5yn788124 | | ■ Check if this is community property (see instructions) | | **$3,000.00** | **$3,000.00** |

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**
Case number *(if known)*   **6:17-bk-15915**

**4.   Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| | | | | | | | |

**4.1**   Make:   **Globe**

Model:   **Feed Trailer**
Year:   **1978**

Other information:
**VIN glf781063**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,000.00**
Current value of the portion you own?   **$1,000.00**

**4.2**   Make:   **Strickland**

Model:   **Cage Trailer**
Year:   **1972**

Other information:
**VIN c144723**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$500.00**
Current value of the portion you own?   **$500.00**

**4.3**   Make:   **Strickland**

Model:   **Cage Trailer**
Year:   **1972**

Other information:
**VIN c144734**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$500.00**
Current value of the portion you own?   **$500.00**

**4.4**   Make:   **Hyster**

Model:   **Lowboy Trailer**
Year:   **1962**

Other information:
**VIN 10020**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,000.00**
Current value of the portion you own?   **$1,000.00**

**4.5**   Make:   **SPCNS**

Model:   **Flatbed Trailer**
Year:   **1973**

Other information:
**VIN cal44910**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$500.00**
Current value of the portion you own?   **$500.00**

**4.6**   Make:   **Longrun**

Model:   **12' Flatbed Trailer**
Year:   **1985**

Other information:
**VIN 130au1210fc001808**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$500.00**
Current value of the portion you own?   **$500.00**

| Debtor 1 | **Howard Dean Foster** | | |
|---|---|---|---|
| Debtor 2 | **Anna Mae Foster** | | |
| | | Case number *(if known)* | **6:17-bk-15915** |

| | | | |
|---|---|---|---|
| 4.7 | Make: | **Airstream** | |

Who has an interest in the property? *Check one*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: **18' Travel Trailer**

Year: **1975**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|

Other information:

**VIN l25t6s0005**

■ Check if this is community property
(see instructions)

**$1,000.00**     **$1,000.00**

---

| | | | |
|---|---|---|---|
| 4.8 | Make: | **Terry** | |

Who has an interest in the property? *Check one*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: **CCH 26' Travel Trailer**

Year: **1991**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|

Other information:

**VIN 1ea1b2628m2444727**

■ Check if this is community property
(see instructions)

**$500.00**     **$500.00**

---

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................................=>**

**$94,701.00**

---

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Various Appliances, Furniture, Linens, China, Kitchenware, Tools | $14,560.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Television, Speakers, Printer/Fax | $170.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles
    ■ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
    ■ No
    ☐ Yes.  Describe.....

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXH. 3

Debtor 1    **Howard Dean Foster**

Debtor 2    **Anna Mae Foster**

Case number *(if known)*    **6:17-bk-15915**

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☐ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous Clothes | $1,000.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☐ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous Jewelry | $3,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☐ Yes.  Describe.....

| | |
|---|---|
| Cat | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**    $18,730.00

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☐ Yes....................................................................................................................

Cash in hand    $1,000.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☐ Yes........................    Institution name:

17.1.    **Checking**    **Chino Commercial Bank**    $542.22

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

| Debtor 1 | **Howard Dean Foster** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Anna Mae Foster** | | Case number *(if known)* | | **6:17-bk-15915** |

■ Yes.  Give specific information about them...................

Name of entity:                                        % of ownership:

**Foster Enterprises, a California general partnership**          **25**  %          **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them.
                Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                Type of account:          Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

-26-

EXH. 3

| Debtor 1 | **Howard Dean Foster** | | |
|---|---|---|---|
| Debtor 2 | **Anna Mae Foster** | Case number *(if known)* | **6:17-bk-15915** |

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

☐ No

■ Yes.  Give specific information..

| California Cage Fee Egg Farms LLC | $9,520.62 |
|---|---|
| New Lakeview Farms LLC | $14,466.77 |
| Foster Enterprises | $3,106,411.42 |

**31.  Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

         Company name:                   Beneficiary:                 Surrender or refund
                                                                              value:

**32.  Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

■ No

☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.......................................................................................................................**

| $3,131,941.03 |
|---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

■ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

■ No

☐ Yes.  Describe.....

| Debtor 1 | **Howard Dean Foster** | | |
|---|---|---|---|
| Debtor 2 | **Anna Mae Foster** | Case number (if known) | **6:17-bk-15915** |

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

■ No
☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

■ No
☐ Yes. Describe.....

**41. Inventory**

■ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**

☐ No
■ Yes. Give specific information about them...................

| Name of entity: | | % of ownership: | |
|---|---|---|---|
| **Foster Enterprises, a California general partnership**<br>**13610 S. Archibald Avenue**<br>**Ontario, CA 91761** | | **25.0** % | **$0.00** |

**43. Customer lists, mailing lists, or other compilations**

■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

　 ■ No
　 ☐ Yes. Describe.....

**44. Any business-related property you did not already list**

■ No
☐ Yes. Give specific information.........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here................................................................................................................. | **$0.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ...................................... | **$0.00**

-28-                                    EXH. 3

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**

Case number *(if known)*    **6:17-bk-15915**

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | **$9,075,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$94,701.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$18,730.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$3,131,941.03** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$3,245,372.03** | Copy personal property total    **$3,245,372.03** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$12,320,372.03** |

EXH. 3

<table>
<tr><td colspan="3" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Howard Dean Foster** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Anna Mae Foster** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:17-bk-15915** |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ■ No. Go to Part 2.
    ☐ Yes.

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1**  **AAA** | Last 4 digits of account number    **8253** | **$933.20** |
| Nonpriority Creditor's Name | | |
| **PO Box 25449** | When was the debt incurred? | |
| **Santa Ana, CA 92799-5449** | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| Who incurred the debt? Check one. | | |
| ☐ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ■ Check if this claim is for a  community debt | ☐ Student loans | |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify    **Insurance** | |

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**                                    Case number (if know)  **6:17-bk-15915**

---

| 4.2 | **ACI Commercial Insurance** | Last 4 digits of account number _____ | $33,573.36 |

Nonpriority Creditor's Name
**505 E First St Suite E**
**Tustin, CA 92780**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

| 4.3 | **Alfred B Saroni** | Last 4 digits of account number _____ | $5,085.00 |

Nonpriority Creditor's Name
**296 Sanringham Drive North**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No

■ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

| 4.4 | **Alliance Industrial** | Last 4 digits of account number _____ | $1,469.00 |

Nonpriority Creditor's Name
**20311 Paseo Del Prado**
**Walnut, CA 91789**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

| 4.5 | **Allstar Financial Services Inc** | | Last 4 digits of account number | **2588** | | **$2,700,000.00** |

Nonpriority Creditor's Name

**20700 Ventura Blvd Suite 222**
**Woodland Hills, CA 91364**
Number Street City State Zip Code

When was the debt incurred?   **01/11/2008**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.6 | **Aman Sanchez** | | Last 4 digits of account number | | | **$2,654.10** |

Nonpriority Creditor's Name

**3215 Wishing Well Ct**
**Mira Loma, CA 91752**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.7 | **American Express** | | Last 4 digits of account number | **3001** | | **$5,283.70** |

Nonpriority Creditor's Name

**PO Box 981532**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**                                            Case number (if know)    **6:17-bk-15915**

---

| 4.8 | **Andres Calzada** | Last 4 digits of account number _____ | $4,345.05 |

Nonpriority Creditor's Name
**611 W Manzanita St**
**Rialto, CA 92376**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Partnership Debt**

---

| 4.9 | **ASC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Attn Corporate Officer**
**PO Box 10388**
**Des Moines, IA 50306**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.10 | **AT&T** | Last 4 digits of account number  **5167** | $62.60 |

Nonpriority Creditor's Name
**Attn Corporate Officer**
**PO Box 9039**
**South San Francisco, CA 94083**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Services**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)  **6:17-bk-15915**

---

| 4.1 | | | |
|---|---|---|---|
| 1 | **Betty Alcantar** | **Last 4 digits of account number** _____ | **$1,584.60** |

Nonpriority Creditor's Name

**6552 34th St**
**Riverside, CA 92509-1405**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Partnership Debt**

---

| 4.1 | | | |
|---|---|---|---|
| 2 | **Beverly A Gross** | **Last 4 digits of account number** _____ | **$168,549.69** |

Nonpriority Creditor's Name

**2 Coronado Drive**
**Centralia, IL 62801**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Partnership Debt**

---

| 4.1 | | | |
|---|---|---|---|
| 3 | **Blue Shield of California** | **Last 4 digits of account number** **2567** | **$737.00** |

Nonpriority Creditor's Name

**PO Box 54530**
**Los Angeles, CA 90054-0530**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Insurance**

---

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

| 4.1 4 | **California Cage Free Egg Farm LLC** | Last 4 digits of account number | | $42,684.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**13610 S Archibald Ave**
**Ontario, CA 91761-7930**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

| 4.1 5 | **Capitol One Bank (USA) NA** | Last 4 digits of account number | **1595** | $29,056.89 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn Corporate Officer**
**PO Box 60599**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

| 4.1 6 | **Carol F Cramer** | Last 4 digits of account number | | $154,385.61 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**42105 Rockview Dr**
**Hemet, CA 92544-8001**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

-35-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number *(if know)*  **6:17-bk-15915**

---

| 4.1 7 | **Charter Communications/Spectrum** | Last 4 digits of account number | **7264** | **$201.08** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 60229**
**Los Angeles, CA 90060**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

| 4.1 8 | *City of Ontario* | Last 4 digits of account number | | **$5,132.13** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Municipal Utilities Company**
**1333 S Bon View Ave**
**Ontario, CA 91761**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.1 9 | **CME Refrigeration Controls Inc** | Last 4 digits of account number | | **$335.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10030 Sierra Vista Ave**
**Phelan, CA 92371**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**                                                      Case number (if know)   **6:17-bk-15915**

| 4.2 0 | **County of Ventura** | | **Last 4 digits of account number** _____ | **$657,000.00** |

Nonpriority Creditor's Name
**Resouce Management Agency**
**800 S Victoria Ave #1700**
**Ventura, CA 93009-1700**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

| 4.2 1 | **Coyote Logistics** | | **Last 4 digits of account number** _____ | **$490.25** |

Nonpriority Creditor's Name
**PO Box 742636**
**Atlanta, GA 30374-2636**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

| 4.2 2 | **Cypress Premium Funding Inc** | | **Last 4 digits of account number** _____ | **$38,395.87** |

Nonpriority Creditor's Name
**PO Box 3529**
**Mission Viejo, CA 92690**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.2 3 | **D&F Sanitation** | Last 4 digits of account number | | $210.32 |

Nonpriority Creditor's Name

**1286 East Mission Blvd**
**Pomona, CA 91766**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.2 4 | **Dagoberto Ochoa Sanchez** | Last 4 digits of account number | | $1,170.35 |

Nonpriority Creditor's Name

**13537 W Stoneridge Ct #4**
**Ontario, CA 91762**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.2 5 | **Daisy IT** | Last 4 digits of account number | | $334.27 |

Nonpriority Creditor's Name

**8575 Red Oak St**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.2 6 | | | |
|---|---|---|---|

**Danielle Anderson**
Nonpriority Creditor's Name

**24115 Corte Inspirada**
**Murrieta, CA 92562**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____            **$211,250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Partnership Debt**

---

| 4.2 7 | | | |
|---|---|---|---|

**Deborah J Bush**
Nonpriority Creditor's Name

**1719 Oupost Lane**
**Pasadena, CA 91107-1073**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____            **$20,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Partnership Debt**

---

| 4.2 8 | | | |
|---|---|---|---|

**Department of Motor Vehicles**
Nonpriority Creditor's Name

**P O Box 942897**
**Sacramento, CA 94297**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____            **$10.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.29 | | |
|---|---|---|

**Donovan Cosio**

Nonpriority Creditor's Name

**15508 Woodcrest Dr**
**Whittier, CA 90604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $610.66

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.30 | | |
|---|---|---|

**Dorothy Chu**

Nonpriority Creditor's Name

**4655 Fendyke Ave**
**Rosemead, CA 91770**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $5,764.93

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.31 | | |
|---|---|---|

**E Marquez Transport**

Nonpriority Creditor's Name

**PO Box 217**
**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $2,026.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

| 4.3 2 | **Ed Ascensio** | Last 4 digits of account number | | **$2,108.30** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11000 Via Vista**
**Bakersfield, CA 93311**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Partnership Debt**

| 4.3 3 | **Ed Gross** | Last 4 digits of account number | | **$104,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5976 Eastwood Ave**
**Rancho Cucamonga, CA**
**91737-2812**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Partnership Debt**

| 4.3 4 | **Edco Waste & Recycling Service** | Last 4 digits of account number | **8622** | **$106.60** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn Administrative Officer**
**PO Box 5488**
**Buena Park, CA 90622-5488**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Services**

| Debtor 1 | **Howard Dean Foster** | | |
| Debtor 2 | **Anna Mae Foster** | | |
| | | Case number (if know) | **6:17-bk-15915** |

---

<table>
<tr><td>4.3<br>5</td><td></td><td></td><td></td></tr>
</table>

**Empire Investment Group**                  Last 4 digits of account number _____                $335,183.63

Nonpriority Creditor's Name
**c/o Ed Gross**                             When was the debt incurred? _____
**5976 Eastwood Ave**
**Rancho Cucamonga, CA**
**91737-2812**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent
■ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify    **Partnership Debt**

---

<table>
<tr><td>4.3<br>6</td><td></td><td></td><td></td></tr>
</table>

**Empire Investment Group II**              Last 4 digits of account number _____                $23,345.60

Nonpriority Creditor's Name
**c/o Ed Gross**                             When was the debt incurred? _____
**5976 Eastwood Ave**
**Rancho Cucamonga, CA**
**91737-2812**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent
■ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify    **Partnership Debt**

---

<table>
<tr><td>4.3<br>7</td><td></td><td></td><td></td></tr>
</table>

**Employment Development Dept.**            Last 4 digits of account number _____                $1,736.79

Nonpriority Creditor's Name
**P O Box 826880, MIC 83**                   When was the debt incurred? _____
**Sacramento, CA 94280-0001**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent
■ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify    **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.3 8 | **Energy Alternators & Starters** | Last 4 digits of account number _____ | $921.52 |

Nonpriority Creditor's Name
**1475 E Philadelphia St**
**Ontario, CA 91761**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.3 9 | **Evan J Foster** | Last 4 digits of account number _____ | $2,041.89 |

Nonpriority Creditor's Name
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.4 0 | **Federal Express** | Last 4 digits of account number _____ | $582.50 |

Nonpriority Creditor's Name
**PO Box 7221**
**Pasadena, CA 91109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

---

| 4.4 1 | **Filiberto Armas** | Last 4 digits of account number _____ | **$4,343.93** |

Nonpriority Creditor's Name

**8765 Pine Crest Pl**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.4 2 | **Francisco Flores** | Last 4 digits of account number _____ | **$135.97** |

Nonpriority Creditor's Name

**1611 S Fern Avenue**
**Ontario, CA 91762**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.4 3 | **Frazer LLP** | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name

**135 S State College Blvd Suite 300**
**Brea, CA 92821**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)  **6:17-bk-15915**

| 4.4 4 | **Fred Hoffman** | Last 4 digits of account number _____ | **$3,083.94** |
|---|---|---|---|

Nonpriority Creditor's Name

**601 Laurel Ave #402**
**San Mateo, CA 94401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Partnership Debt**

---

| 4.4 5 | **Gabriel Lara** | Last 4 digits of account number _____ | **$995.92** |
|---|---|---|---|

Nonpriority Creditor's Name

**1107 N Gordon St**
**Pomona, CA 91768**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Partnership Debt**

---

| 4.4 6 | **Gary D Foster** | Last 4 digits of account number _____ | **$53,917.31** |
|---|---|---|---|

Nonpriority Creditor's Name

**2057 Glenneyre St**
**Laguna Beach, CA 92651-3617**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Partnership Debt**

---

-45-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)  **6:17-bk-15915**

---

| 4.4 7 | **GE Capital Solutions** | Last 4 digits of account number _____ | **$2,640.44** |

Nonpriority Creditor's Name
**PO Box 822108**
**Philadelphia, PA 19182**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Partnership Debt**

---

| 4.4 8 | **George Salas** | Last 4 digits of account number _____ | **$5,372.97** |

Nonpriority Creditor's Name
**1354 S Bonita Pl**
**Ontario, CA 91762**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Partnership Debt**

---

| 4.4 9 | **Glenn Randles** | Last 4 digits of account number _____ | **$1,304.98** |

Nonpriority Creditor's Name
**536 Lark Rd**
**Wrightwood, CA 92397**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Partnership Debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

-46-                                                                    EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.5 0 | | | |
|---|---|---|---|

**Gregg Cutler**
Nonpriority Creditor's Name

**PO Box 1042**
**Moorpark, CA 93020**
Number Street City State Zip Code

**Last 4 digits of account number** _____   **$1,125.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Partnership Debt**

---

| 4.5 1 | | | |
|---|---|---|---|

**Harvest Farms Inc**
Nonpriority Creditor's Name

**45000 Yucca Ave**
**Lancaster, CA 93534**
Number Street City State Zip Code

**Last 4 digits of account number** _____   **$500.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Partnership Debt**

---

| 4.5 2 | | | |
|---|---|---|---|

**Healthcare Cost Solutions**
Nonpriority Creditor's Name

**1200 Newport Center Dr Suite 190**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Last 4 digits of account number** _____   **$100,000.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Partnership Debt**

---

| Debtor 1 | **Howard Dean Foster** | | |
|---|---|---|---|
| Debtor 2 | **Anna Mae Foster** | Case number *(if know)* | **6:17-bk-15915** |

---

| 4.5 3 | **Henry Ishikawa** | Last 4 digits of account number _____ | **$405,898.17** |
|---|---|---|---|

Nonpriority Creditor's Name

**1470 S Bradshawe Ave**
**Monterey Park, CA 91754**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Partnership Debt**

---

| 4.5 4 | **Industrial Supply Co** | Last 4 digits of account number _____ | **$230,657.17** |
|---|---|---|---|

Nonpriority Creditor's Name

**1428 S Grove Ave Units D & E**
**Ontario, CA 91761**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Partnership Debt**

---

| 4.5 5 | **Interstate Filter Service** | Last 4 digits of account number _____ | **$105.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**15006 E Arrow Hwy**
**Baldwin Park, CA 91706**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Partnership Debt**

---

-48-                                                                    EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)  **6:17-bk-15915**

| | | | |
|---|---|---|---|
| **4.5 6** | **Ishams Fire Extinguisher Service** | Last 4 digits of account number _____ | **$422.17** |

Nonpriority Creditor's Name
**5130 Heintz St Suite 8**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Partnership Debt**

---

| | | | |
|---|---|---|---|
| **4.5 7** | **Jeffery C Foster** | Last 4 digits of account number _____ | **$8,161.86** |

Nonpriority Creditor's Name
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Partnership Debt**

---

| | | | |
|---|---|---|---|
| **4.5 8** | **Jeffery C Foster** | Last 4 digits of account number _____ | **$107,696.66** |

Nonpriority Creditor's Name
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Partnership Debt**

---

-49-

EXH. 4

| Debtor 1 | **Howard Dean Foster** | | |
|---|---|---|---|
| Debtor 2 | **Anna Mae Foster** | Case number (if know) | **6:17-bk-15915** |

---

**4.59**

**Jose Rodriguez**
Nonpriority Creditor's Name
**19357 Nuthatch St**
**Perris, CA 92570**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$8,947.06**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

---

**4.60**

**Jose Rodriguez**
Nonpriority Creditor's Name
**19357 Nuthatch St**
**Perris, CA 92570**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$49,178.42**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

---

**4.61**

**Joyce E Foster**
Nonpriority Creditor's Name
**1719 Outpost Lane**
**Pasadena, CA 91107-1073**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$55,540.41**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

---

| 4.6 2 | **Juan Carlos Garzaro** | Last 4 digits of account number _____ | $2,892.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**550 Doolittle Ave #1002**
**Riverside, CA 92503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

| 4.6 3 | **Juan Jose Lara** | Last 4 digits of account number _____ | $2,706.15 |
|---|---|---|---|

Nonpriority Creditor's Name
**1113 Ramona Ave**
**San Bernardino, CA 92411**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

| 4.6 4 | **Juan Manuel Ramirez** | Last 4 digits of account number _____ | $1,537.50 |
|---|---|---|---|

Nonpriority Creditor's Name
**3830 Crestmore Rd SP507**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

| | | | |
|---|---|---|---|
| 4.6 5 | **Juan Padilla** | Last 4 digits of account number _____ | **$1,702.32** |

Nonpriority Creditor's Name
**9288 Edison Ave**
**Chino, CA 91710**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

| | | | |
|---|---|---|---|
| 4.6 6 | **Julia Lozano Ceja** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1354 Bonita Pl**
**Ontario, CA 91762**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

| | | | |
|---|---|---|---|
| 4.6 7 | **Juying Wei** | Last 4 digits of account number _____ | **$30,000.00** |

Nonpriority Creditor's Name
**25 Bridgewood**
**Irvine, CA 92604**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

-52-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)  **6:17-bk-15915**

| 4.6 8 | **Kens Tire and Wheel** | Last 4 digits of account number | | | | $1,212.00 |

Nonpriority Creditor's Name
**3304 W Beverly Blvd**
**Montebello, CA 90640**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

| 4.6 9 | **Leonardo Rosales** | Last 4 digits of account number | | | | $2,092.69 |

Nonpriority Creditor's Name
**8615 Beverly Blvd #2**
**Pico Rivera, CA 90660**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

| 4.7 0 | **Leticia De Santiago** | Last 4 digits of account number | | | | $179.85 |

Nonpriority Creditor's Name
**539 E Oak Hill St**
**Ontario, CA 91761**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

---

| 4.7 1 | **Lorenzo Anguiano** | **Last 4 digits of account number** _____ | **$1,507.64** |

Nonpriority Creditor's Name
**8368 Reseda Ave Apt A**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.7 2 | **Luna Fertilizer** | **Last 4 digits of account number** _____ | **$2,394.75** |

Nonpriority Creditor's Name
**285 Montgomery Ave**
**Oxnard, CA 93036**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.7 3 | **Manuel Garcia** | **Last 4 digits of account number** _____ | **$2,806.34** |

Nonpriority Creditor's Name
**553 Richford Ave**
**La Puente, CA 91744**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

-54-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.7 4 | **Mario Garcia** | Last 4 digits of account number _____ | **$2,082.80** |
|---|---|---|---|

Nonpriority Creditor's Name

**1321 Massachusetts Ave #103**
**Riverside, CA 92507**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Partnership Debt**

---

| 4.7 5 | **Marvin Morgan** | Last 4 digits of account number _____ | **$3,527.63** |
|---|---|---|---|

Nonpriority Creditor's Name

**2135 N Arrowhead Ave**
**San Bernardino, CA 92405**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Partnership Debt**

---

| 4.7 6 | **Maxim D Foster** | Last 4 digits of account number _____ | **$16,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1719 Outpost Lane**
**Pasadena, CA 91107-1073**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Partnership Debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)  **6:17-bk-15915**

---

| 4.7 7 | **Mendoza Distributing** | Last 4 digits of account number _____ | **$3,786.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3065 W San Ramon Ave**
**Fresno, CA 93711**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

| 4.7 8 | **Michael Washington** | Last 4 digits of account number _____ | **$3,165.51** |
|---|---|---|---|

Nonpriority Creditor's Name
**3040 Battram St**
**Pomona, CA 91767**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

| 4.7 9 | **Midwest Safeguard** | Last 4 digits of account number _____ | **$369.94** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 88043**
**Chicago, IL 60680-1043**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

-56-

EXH. 4

| Debtor 1 | **Howard Dean Foster** | | |
|---|---|---|---|
| Debtor 2 | **Anna Mae Foster** | Case number (if know) | **6:17-bk-15915** |

---

| 4.8 0 | **Miguel Alcantar** | **Last 4 digits of account number** _____ | **$1,359.66** |

Nonpriority Creditor's Name

**6552 34th St**
**Riverside, CA 92509**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Partnership Debt** _____

---

| 4.8 1 | **Modern Imaging Systems** | **Last 4 digits of account number** _____ | **$2,158.20** |

Nonpriority Creditor's Name

**1400 Market Place Blvd #147**
**Cumming, GA 30041**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Partnership Debt** _____

---

| 4.8 2 | **Mukesh Shah** | **Last 4 digits of account number** _____ | **$13,800.00** |

Nonpriority Creditor's Name

**2340 W 230th St**
**Torrance, CA 90501**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Partnership Debt** _____

---

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

---

| 4.8 3 | **New Lakeview Farms LLC** | Last 4 digits of account number _____ | **$190,016.87** |

Nonpriority Creditor's Name
**13610 S Archibald Ave**
**Ontario, CA 91761-7930**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

---

| 4.8 4 | **Nordstrom Bank** | Last 4 digits of account number _____ | **$6,185.26** |

Nonpriority Creditor's Name
**Attn Corporate Officer**
**PO Box 79137**
**Phoenix, AZ 85062-9137**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.8 5 | **Paramount Management** | Last 4 digits of account number _____ | **$139,607.43** |

Nonpriority Creditor's Name
**c/o Ed Gross**
**5976 Eastwood Ave**
**Rancho Cucamonga, CA 91737-2812**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

-58-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (*if know*)    **6:17-bk-15915**

| 4.8 6 | | | |
|---|---|---|---|

**Pep Boys**

Nonpriority Creditor's Name

**PO Box 8500-50445**
**Philadelphia, PA 19178**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$2,346.54**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

| 4.8 7 | | | |
|---|---|---|---|

**Phillip Buchanan**

Nonpriority Creditor's Name

**PO Box 2963**
**Wrightwood, CA 92397**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$3,488.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

| 4.8 8 | | | |
|---|---|---|---|

**POMA Automated Fueling Inc**

Nonpriority Creditor's Name

**818 W Seventh St Suite 930**
**Los Angeles, CA 90017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$16,268.76**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

-59-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

---

| 4.8 9 | **Prepass** | Last 4 digits of account number _____ | $246.25 |

Nonpriority Creditor's Name
**PO Box 52774**
**Phoenix, AZ 85072**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Partnership Debt**

---

| 4.9 0 | **Quill Corporation** | Last 4 digits of account number _____ | $347.20 |

Nonpriority Creditor's Name
**PO Box  37600**
**Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Partnership Debt**

---

| 4.9 1 | **Ramon Aguilar** | Last 4 digits of account number _____ | $3,638.48 |

Nonpriority Creditor's Name
**914 Radway St**
**La Puente, CA 91744**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Partnership Debt**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number *(if know)*  **6:17-bk-15915**

---

| 4.9 2 | **Recycled Wood Products** | **Last 4 digits of account number** _____ | **$4,179.89** |

Nonpriority Creditor's Name
**1313 E Phillip Blvd**
**Pomona, CA 91766**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Partnership Debt**

---

| 4.9 3 | **Rodney A Baker & Gayle E Baker** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 61425**
**Boulder City, NV 89005**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Partnership Debt**

---

| 4.9 4 | **Ronald Thomas** | **Last 4 digits of account number** _____ | **$8,140.51** |

Nonpriority Creditor's Name
**PO Box 2759**
**Wrightwood, CA 92397**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.9 5 | **Ronald Thomas** | Last 4 digits of account number _____ | **$4,337.38** |

Nonpriority Creditor's Name
**PO Box 2759**
**Wrightwood, CA 92397**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

| 4.9 6 | **Rosana Salas** | Last 4 digits of account number _____ | **$961.00** |

Nonpriority Creditor's Name
**1354 Bonita Pl**
**Ontario, CA 91762**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

| 4.9 7 | **RT Electric** | Last 4 digits of account number _____ | **$430.00** |

Nonpriority Creditor's Name
**1707 S Grove Ave**
**Ontario, CA 91761**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number *(if know)*   **6:17-bk-15915**

---

| 4.9 8 | **Ruth Gross Trust** | | | **$412,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Ed Gross**
**5976 Eastwood Ave**
**Rancho Cucamonga, CA**
**91737-2812**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.9 9 | **Rypos Inc** | | | **$32,714.26** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**40 Kenwood Circle**
**Franklin, MA 02038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.1 00 | **Sams Club MC/SYNCB** | | | **$7,974.45** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn Corporate Officer**
**PO Box 960013**
**Orlando, FL 32892-0013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6468**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.1 01 | **San Bernardino Cnty Tax Collector** | | Last 4 digits of account number | | | $3,923.02 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**268 West Hospitality Ln First Floor**
**San Bernardino, CA 92415-0360**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

| 4.1 02 | **San Bernardino County Fire** | | Last 4 digits of account number | | | $64.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**157 W 5th St 2nd Floor**
**San Bernardino, CA 92415**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Debt**

---

| 4.1 03 | **San Diego Gas & Electric** | | Last 4 digits of account number | **1503** | | $245.11 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 129831**
**San Diego, CA 92112-9831**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Services**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

| 4.1 04 | **San Diego Gas & Electric** | Last 4 digits of account number | **1524** | **$250.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 129831**
**San Diego, CA 92112-9831**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

| 4.1 05 | **San Diego Gas & Electric** | Last 4 digits of account number | **1510** | **$652.60** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 129831**
**San Diego, CA 92112-9831**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

| 4.1 06 | **San Diego Gas & Electric** | Last 4 digits of account number | **1530** | **$68.82** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 129831**
**San Diego, CA 92112-9831**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.1 07 | **Sergio Ochoa** | Last 4 digits of account number _____ | **$1,636.93** |

Nonpriority Creditor's Name

**14836 Arrow Blvd #2**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

| 4.1 08 | **Shawnes Garden Service** | Last 4 digits of account number _____ | **$270.00** |

Nonpriority Creditor's Name

**524 1/2 W Park St Apt A**
**Ontario, CA 91762**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services**

---

| 4.1 09 | **Silvia Lozano** | Last 4 digits of account number _____ | **$666.97** |

Nonpriority Creditor's Name

**1354 Bonita Pl**
**Ontario, CA 91762**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Partnership Debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

-66-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

---

| 4.1 10 | | | |
|---|---|---|---|

**Southern California Edison Company**
Nonpriority Creditor's Name
**PO Box 300**
**Rosemead, CA 91772-0001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3383**          **$138.88**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

| 4.1 11 | | | |
|---|---|---|---|

**Southern California Edison Company**
Nonpriority Creditor's Name
**Attn: Julia A Mosel**
**2244 Walnut Grove Ave**
**Rosemead, CA 91770**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number          **$72,175.84**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Partnership Debt**

---

| 4.1 12 | | | |
|---|---|---|---|

**Southern California Gas Co**
Nonpriority Creditor's Name
**1801 S Atlantic Blvd**
**Monterey Park, CA 91754**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **8798**          **$51.45**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

| Debtor 1 | **Howard Dean Foster** |
|---|---|
| Debtor 2 | **Anna Mae Foster** |

Case number (if know)    **6:17-bk-15915**

---

| 4.1 13 | **Sprint** | Last 4 digits of account number _____ | **$2,022.09** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4181**
**Carol Stream, IL 60197**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Partnership Debt**

---

| 4.1 14 | **Stanley M Foster** | Last 4 digits of account number _____ | **$14,864.11** |
|---|---|---|---|

Nonpriority Creditor's Name
**51450 Calle Guatemala**
**La Quinta, CA 92253**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Partnership Debt**

---

| 4.1 15 | **Stanley M Foster** | Last 4 digits of account number _____ | **$24,851.80** |
|---|---|---|---|

Nonpriority Creditor's Name
**51450 Calle Guatemala**
**La Quinta, CA 92253**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Partnership Debt**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.1 16 | **State Compensation Insurance Fund** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 7441**
**San Francisco, CA 94120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____       **$97,337.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.1 17 | **Statewide Towing & Recovery** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**190 N Main St**
**Riverside, CA 92501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____       **$3,675.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.1 18 | **Strand AG Supply** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 710**
**Denair, CA 95316**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____       **$494.85**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

-69-

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

---

| 4.1 19 | **Taylor Simonson & Winter LLP** | Last 4 digits of account number _____ | **$1,673.33** |

Nonpriority Creditor's Name

**144 N Indian Hill Blvd
Claremont, CA 91711**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Partnership Debt**

---

| 4.1 20 | **Teletrac Inc** | Last 4 digits of account number _____ | **$825.72** |

Nonpriority Creditor's Name

**32472 Collection Center Dr
Chicago, IL 60693-0324**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Partnership Debt**

---

| 4.1 21 | **Teresa Cardenas** | Last 4 digits of account number _____ | **$208,272.75** |

Nonpriority Creditor's Name

**3593 Hillhaven Dr
West Covina, CA 91791**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Partnership Debt**

---

Debtor 1   **Howard Dean Foster**
Debtor 2   **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.1 22 | **Thermo Engine Supply** | Last 4 digits of account number _____ | **$187.39** |

Nonpriority Creditor's Name
**1611 S Sunkist St**
**Anaheim, CA 92806**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.1 23 | **TPx Communications** | Last 4 digits of account number _____ | **$1,859.64** |

Nonpriority Creditor's Name
**515 S Flower St 47th Floor**
**Los Angeles, CA 90071**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| 4.1 24 | **Tracy Slater** | Last 4 digits of account number _____ | **$4,406.67** |

Nonpriority Creditor's Name
**17116 E Orkney St**
**Azusa, CA 91702**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Debt**

---

| Debtor 1 | **Howard Dean Foster** |
|---|---|
| Debtor 2 | **Anna Mae Foster** |

Case number (if know)  **6:17-bk-15915**

---

| 4.1 25 | **US Healthworks Medical Group** | Last 4 digits of account number _____ | **$2,149.04** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 50042**
**Los Angeles, CA 90074-0042**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Partnership Debt**

---

| 4.1 26 | **US Hose** | Last 4 digits of account number _____ | **$377.29** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3908**
**Ontario, CA 91761**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Partnership Debt**

---

| 4.1 27 | **Valencia Heights Water Company** | Last 4 digits of account number **9300** | **$111.43** |
|---|---|---|---|

Nonpriority Creditor's Name
**3009 E Virginia Ave**
**West Covina, CA 91791**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)  **6:17-bk-15915**

---

**4.1 28**

| | |
|---|---|
| **Valley Center Municipal Water Dist** | Last 4 digits of account number  **2000**       **$2,071.74** |

Nonpriority Creditor's Name

**PO Box 67**
**Valley Center, CA 92082-0067**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Services**

---

**4.1 29**

| | |
|---|---|
| **Valley Center Municipal Water Dist** | Last 4 digits of account number       **$406.06** |

Nonpriority Creditor's Name

**PO Box 67**
**Valley Center, CA 92082-0067**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Services**

---

**4.1 30**

| | |
|---|---|
| **Venable LLP** | Last 4 digits of account number       **$7,520.00** |

Nonpriority Creditor's Name

**PO Box 62727**
**Baltimore, MD 21264-2727**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Partnership Debt**

---

EXH. 4

Debtor 1  **Howard Dean Foster**
Debtor 2  **Anna Mae Foster**

Case number (if know)   **6:17-bk-15915**

---

| 4.1 31 | **Ventura County Tax Collector** | Last 4 digits of account number _____ | $96,652.94 |

Nonpriority Creditor's Name
**800 S Victoria Ave**
**Ventura, CA 93009-1290**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

| 4.1 32 | **Walkers Air Brakes** | Last 4 digits of account number _____ | $245.68 |

Nonpriority Creditor's Name
**921 E Francis St**
**Ontario, CA 91761**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

| 4.1 33 | **Walter Hall** | Last 4 digits of account number _____ | $3,772.59 |

Nonpriority Creditor's Name
**18890 Yucca St**
**Hesperia, CA 92345**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

| Debtor 1 | **Howard Dean Foster** | | |
| Debtor 2 | **Anna Mae Foster** | Case number (if know) | **6:17-bk-15915** |

| 4.1 34 | **Ware Disposal** | Last 4 digits of account number _____ | $64.20 |

Nonpriority Creditor's Name
**1035 East Fourth St**
**Santa Ana, CA 92701-4750**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Services**

---

| 4.1 35 | **Zang Zang Yang** | Last 4 digits of account number _____ | $9,000.00 |

Nonpriority Creditor's Name
**a/k/a Vivian Higgens**
**510 Washington St Suite B**
**Northfield, MN 55057**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

| 4.1 36 | **Zwicker & Associates PC** | Last 4 digits of account number _____ | $19,450.00 |

Nonpriority Creditor's Name
**Attn Finance Department**
**80 Minuteman Rd**
**Andover, MA 01810**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Partnership Debt**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

Debtor 1    **Howard Dean Foster**
Debtor 2    **Anna Mae Foster**

Case number (if know)    **6:17-bk-15915**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 7,124,488.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 7,124,488.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

-76-    EXH. 4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Dean Foster** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Anna Mae Foster** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:17-bk-15915** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

**2.1  Allstar Financial Services Inc**
Creditor's Name

20700 Ventura Blvd Suite 222
Woodland Hills, CA 91364
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

Describe the property that secures the claim:

**29435 Cole Grade Road Valley Center, CA 92082  San Diego County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Amount of claim: **$1,541,295.27**
Value of collateral: **$2,185,000.00**
Unsecured portion: **$0.00**

Date debt was incurred  **08/10/2007**       Last 4 digits of account number  **2511**

**2.2  Allstar Financial Services Inc**
Creditor's Name

20700 Ventura Blvd Suite 222
Woodland Hills, CA 91364
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the property that secures the claim:

**13610 South Archibald Avenue Ontario, CA 91761  San Bernardino County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Amount of claim: **$2,124,047.24**
Value of collateral: **$4,000,000.00**
Unsecured portion: **$0.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXH. 5

| | |
|---|---|
| **Debtor 1** Howard Dean Foster | Case number (if know) **6:17-bk-15915** |
| First Name    Middle Name    Last Name | |
| **Debtor 2** Anna Mae Foster | |
| First Name    Middle Name    Last Name | |

☐ **Check if this claim relates to a community debt**    ☐ **Other (including a right to offset)** **Deed of Trust**

Date debt was incurred **05/05/2008**    Last 4 digits of account number **2630**

---

| 2.3 | **Internal Revenue Service** | | $4,454,791.96 | $4,000,000.00 | $3,023,311.85 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**PO Box 7346
Philadelphia, PA
19101-7346**

Number, Street, City, State & Zip Code

**13610 South Archibald Avenue
Ontario, CA 91761  San Bernardino County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.4 | **New Lakeview Farms LLC** | | $435,000.00 | $4,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**13610 S Archibald Ave
Ontario, CA 91761-7930**

Number, Street, City, State & Zip Code

**13610 South Archibald Avenue
Ontario, CA 91761  San Bernardino County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) **Deed of Trust**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.5 | **San Bernardino Cnty Tax Collector** | | $5,226.51 | $4,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**268 West Hospitality Ln
First Floor
San Bernardino, CA
92415-0360**

Number, Street, City, State & Zip Code

**13610 South Archibald Avenue
Ontario, CA 91761  San Bernardino County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

| Debtor 1 | **Howard Dean Foster** | | | Case number (if know) | **6:17-bk-15915** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Anna Mae Foster** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____ Last 4 digits of account number _____

---

| 2.6 | **San Bernardino Cnty Tax Collector** | Describe the property that secures the claim: | $4,246.14 | $4,000,000.00 | $0.00 |

Creditor's Name

**268 West Hospitality Ln
First Floor
San Bernardino, CA
92415-0360**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

**13610 South Archibald Avenue
Ontario, CA 91761  San Bernardino
County**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____ Last 4 digits of account number _____

---

| 2.7 | **San Diego Cnty Treas Tax Collector** | Describe the property that secures the claim: | $3,851.38 | $2,185,000.00 | $0.00 |

Creditor's Name

**1600 Pacific Hwy Room 162
San Diego, CA
92101-2474**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

**29435 Cole Grade Road Valley
Center, CA 92082  San Diego
County**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____ Last 4 digits of account number _____

---

| 2.8 | **San Diego Cnty Treas Tax Collector** | Describe the property that secures the claim: | $631.24 | $2,185,000.00 | $0.00 |

Creditor's Name

**1600 Pacific Hwy Room 162
San Diego, CA
92101-2474**

Describe the property that secures the claim:

**29435 Cole Grade Road Valley
Center, CA 92082  San Diego
County**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

EXH. 5

| Debtor 1 | **Howard Dean Foster** | | | | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Anna Mae Foster** | | | | |
| | First Name | Middle Name | Last Name | | |

Case number (if know)   **6:17-bk-15915**

Number, Street, City, State & Zip Code

■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.9 | **Specialized Loan Servicing LLC** | | | | |

Creditor's Name

**8742 Lucent Blvd Suite 300**
**Highland Ranch, CO 80129-2386**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$806,332.25**   **$1,090,000.00**   **$0.00**

**20262 East Dameral Drive Covina, CA 91724  Los Angeles County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **0298**

---

| 2.1 0 | **Western Milling LLC** | | | | |

Creditor's Name

**31120 West Street**
**PO Box 1029**
**Goshen, CA 93227**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$497,387.60**   **$1,800,000.00**   **$0.00**

**Villa Los Mangos, Puerto Vallarta, Jalisco, Mexico Property Tax ID Nos. 10-264-003 & 10-264-004**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **12/01/2010**   Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$9,872,809.59**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   **$9,872,809.59**

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXH. 5

Debtor 1    **Howard Dean Foster**
_____
First Name        Middle Name        Last Name

Debtor 2    **Anna Mae Foster**
_____
First Name        Middle Name        Last Name

Case number (if know)    **6:17-bk-15915**

---

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXH. 5